IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIJAH WHITE | : | |
| | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | NO. 2:23-cv-01883 |
| | : | |
| JASON WALSH, et al. | : | |
| | : | HON. DAVID S. CERCONE |
| *Defendants.* | : | |
| | : | |

**DEFENDANT THE HONORABLE JOHN DISALLE'S
MOTION TO DISMISS THE COMPLAINT**

Defendant the Honorable John DiSalle moves to dismiss the Complaint pursuant to Fed.R.Civ.P. 12(b)(6) on the following grounds:

1. Judicial and Eleventh Amendment immunities preclude the claims against Judge DiSalle.

2. Pennsylvania's sovereign immunity statute, 1 Pa.C.S.A. § 2310, bars Plaintiff's state law claims.

3. Pursuant to *Younger v. Harris*, 401 U.S. 37 (1971), this Court should abstain from interfering with Plaintiff's state court appeal of the Contempt Order.

4. *Heck v. Humphrey*, 512 U.S. 477 (1994), bars Plaintiff's claims because granting his requested relief would improperly invalidate or call into question the Contempt Order.

**WHEREFORE**, Judge DiSalle respectfully requests that this Honorable Court dismiss him from this case with prejudice.

Respectfully Submitted,

**/s/ Jennifer M. Herrmann**
JENNIFER M. HERRMANN, ESQ.
Attorney I.D. No. PA 209512
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax: (215) 560-5486
*Attorney for defendant Hon. John DiSalle*

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIJAH WHITE | : | |
| | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | NO. 2:23-cv-01883 |
| | : | |
| JASON WALSH, et al. | : | |
| | : | HON. DAVID S. CERCONE |
| *Defendants.* | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 21, 2023, she personally caused the foregoing *Motion to Dismiss, Brief in Support, and Proposed Order* to be served by ECF on counsel of record.

**/s/ Jennifer M. Herrmann**
JENNIFER M. HERRMANN, ESQ.
Attorney I.D. No. PA 209512
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax: (215) 560-5486
***Attorney for defendant Hon. John DiSalle***
